UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**CHARLES DeJARNETT**
    Plaintiff

v.                                                                                                    No. 1:10CV-00127-M

**MICHAEL ASTRUE**
    Commissioner of Social Security
    Defendant

## FINAL JUDGMENT

This matter having come before the court for review pursuant to 42 U.S.C. § 405(g), and the court having caused to be entered on this date an order remanding the above-styled case to the Commissioner of Social Security for further proceedings;

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered under sentence four of 42 U.S.C. § 405(g), with a remand of this cause to the Commissioner of Social Security for further proceedings.

Copies to: Counsel of record